# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        CASE NO. 5:21-cr-7-Oc-JA-PRL

**RICHARD STIG ASTROM**

---

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 11, filed January 25, 2021) and no objection thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 11) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count One of the Information. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Information.

3. The Plea Agreement (Doc. No. 5, filed January 22, 2021) is accepted.

**DONE and ORDERED** in Orlando, Florida on February 9, 2021.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant